IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STERI-TECH, INC.<br><br>Defendant. | Civil Action No. 25-1319 (ADC) |

### MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

**TO THE HONORABLE COURT:**

**COMES NOW** the Defendant, Steri-Tech, Inc. ("Steri-Tech" or "Defendant"), specially appearing and without submitting to the jurisdiction of this Court nor waiving any defense (except for the sufficiency of the service of process), by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file its Answer to the Complaint or otherwise plead or respond, and in support thereof states as follows:

1.  Plaintiff filed the Complaint in this action on June 13, 2025. *See*, **Docket 1**.

2.  Defendant waived service of summons on August 6, 2025, for a request made by Plaintiff on July 23, 2025. *See*, **Docket 5**. Accordingly, under Rule 4(d)(3) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), the Defendant must file its answer or otherwise respond to the Complaint within 60 days of the date the request was sent, that is, until September 22, 2025.

3.  Defendant requires additional time to review the allegations in the Complaint, gather relevant information, and prepare an appropriate responsive pleading.

4.       Accordingly, Defendant respectfully requests an extension of thirty (30) days up to and including October 22, 2025, to file its Answer to Complaint or otherwise plead or respond.

5.       This request is not made for the purpose of delay, but to ensure that Steri-Tech has adequate time to prepare a complete and proper response to the allegations.

**WHEREFORE**, Defendant respectfully requests that the Court grant an extension of time up to and including October 22, 2025, to file its Answer to the Complaint, and grant such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of September, 2025.

*Counsel for Defendant, Steri-Tech, Inc.*

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes (USDC-PR Bar No. 219002)
**FERRAIUOLI, LLC**
PO Box 195168
San Juan, PR 00919
Tel.: (787) 766-7000
Fax: (787) 766-7001
rcamara@ferraiuoli.com

*/s/ Rafael A. Toro Ramirez*
Rafael A. Toro-Ramírez (USDC-PR Bar No. 205204)
**TORO & ARSUAGA, LLC**
Box 11064, San Juan, P.R. 00922-1064
Tel: (787) 299-1100
Fax: (787) 793-1146
rtoro@toro-arsuaga.com