### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STERI-TECH, INC.<br><br>Defendant. | Civil Action No. 25-1319 (ADC) |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 83(D)(a), the undersigned counsel, Rafael A. Toro Ramírez, hereby notifies that he appeared as counsel, along with Roberto Camara Fuertes, for defendant, Steri-Tech, Inc. **ECF No. 6**, ("Steri-Tech" or "Defendant").  It is respectfully requested that copy of all motions, orders, or any other documents and/or correspondence be served, as applicable, through the CM/ECF system, to the undersigned.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the undersigned's appearance and that future notifications of any motions, orders or other legal documents be notified, as applicable, to the undersigned through the CM/ECF System.

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing notice was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of September, 2025.

*Counsel for* Steri-Tech, Inc.*:*

**<u>/s/ *Rafael A. Toro Ramirez*</u>**
Rafael A. Toro-Ramírez
(USDC-PR Bar No. 205204)

TORO & ARSUAGA, LLC
Box 11064, San Juan, P.R.  00922-1064
Tel: (787) 299-1100
Fax: (787) 793-1146
rtoro@toro-arsuaga.com
