IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STERI-TECH, INC.<br><br>Defendant. | Civil Action No. 25-1319 (ADC) |

**<u>FINAL MOTION FOR SHORT EXTENSION OF TIME</u>**

**TO THE HONORABLE COURT:**

 **COMES NOW** the Defendant, Steri-Tech, Inc. ("Steri-Tech" or "Defendant"), specially appearing and without submitting to the jurisdiction of this Court nor waiving any defense (except for the sufficiency of the service of process), by and through undersigned counsel, and respectfully SET FORTH and PRAY:

 1. Upon being served with process in the instant action, the appearing party sought and obtained an extension of time to file answer to Complaint, up until today, October 22nd, 2025. **Dockets 6 and 8**.

 2. The Defendant and undersigned attorneys take Court deadlines very responsibly and are well aware that timely filing is important to advance the process before this Court. However, and because of unrelated professional engagements of counsel, a final answer to the 109 allegations included in the Complaint cannot be completed on or before said deadline.

 3. Defendant requires two (2) additional working days, that is, by October 24, 2025, to file its Answer to Complaint.

4. Accordingly, pursuant to Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Civil Rule 6, the Defendant requests an extension of two (2) days up to and including October 24, 2025, to file its Answer to Complaint.

5. This request is not made for the purpose of delay, but to ensure that Steri-Tech has adequate time to prepare a complete and proper Answer to Complaint.

**WHEREFORE**, Defendant respectfully requests that the Court grant an extension of time up to and including October 24, 2025, to file its Answer to the Complaint, and grant such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of October, 2025.

*Counsel for Defendant, Steri-Tech, Inc.*

*/s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes (USDC-PR Bar No. 219002)
**FERRAIUOLI, LLC**
PO Box 195168
San Juan, PR 00919
Tel.: (787) 766-7000
Fax: (787) 766-7001
rcamara@ferraiuoli.com

*/s/ Rafael A. Toro Ramírez*
Rafael A. Toro-Ramírez (USDC-PR Bar No. 205204)
**TORO & ARSUAGA, LLC**
Box 11064, San Juan, P.R. 00922-1064
Tel: (787) 299-1100
Fax: (787) 793-1146
rtoro@toro-arsuaga.com