IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:25-cv-01319-ADC |
| | ) | Hon. Aida M. Delgado-Colon |
| | ) | |
| STERI-TECH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO AUGUST 17, 2026, ORDER**

By Order dated August 17, 2026, this Court Ordered Plaintiff United States of America to inform the Court as to when it anticipates filing with the Court its proposed Consent Decree with Defendant Steri-Tech, Inc. (ECF No. 36). In response, the United States submits that it anticipates filing a Notice of Lodging attaching the proposed Consent Decree no later than 31 days from the date of this filing (September 21, 2026). The United States is currently seeking authorization from pertinent officials at the U.S. Department of Justice and the U.S. Environmental Protection Agency and upon receiving such authorization will file the proposed Consent Decree with the Court without further delay.

FOR THE UNITED STATES OF AMERICA:

August 21, 2026
Date

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
U.S. Department of Justice

/s Jeffrey A. Spector

JEFFREY A. SPECTOR
Senior Attorney
Environmental Enforcement Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3267
jeffrey.spector@usdoj.gov

OF COUNSEL:

Sara Amri, Esq.
Erick Ihlenburg, Esq.
U.S. Environmental Protection Agency, Region 2
Office of Regional Counsel
290 Broadway
New York, NY 10007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Response to August 17, 2026, Order* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

| | |
|---|---|
| 8/21/2026 | s/ Jeffrey A. Spector |
| Date | Jeffrey A. Spector |