IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STERI-TECH, INC.,<br><br>Defendant. | Civil Case No. 3:25-cv-01319-ADC<br>Hon. Aida M. Delgado-Colon |

**UNITED STATES OF AMERICA'S**
**<u>NOTICE OF LODGING OF PROPOSED CONSENT DECREE</u>**

Plaintiff United States of America by and through its undersigned attorneys, respectfully lodges the attached proposed Consent Decree with this Court.

1. Plaintiff United States of America filed a complaint in this matter against Steri-Tech, Inc. ("Defendant") pursuant to Clean Air Act (CAA) Section 113(b), 42 U.S.C. § 7413(b), for injunctive relief and civil penalties for violations at Defendant's facility in Salinas, Puerto Rico. Dkt. 1

2. The parties have entered into a proposed Consent Decree, which has been signed by authorized representatives of the United States and Defendant. Attachment 1, hereto.

3. The Court should not enter the attached proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed those comments, if any.

4. In accordance with 28 C.F.R. § 50.7 (1996), following the lodging of the proposed Consent Decree, the United States Department of Justice will publish notice of the Consent Decree in the Federal Register to commence a 30-day comment period.

5. If the United States receives any public comments, it will consider and file with the Court any written comments on the proposed Consent Decree along with the United States' response to those comments.

6. The United States may withdraw or withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is improper, inappropriate, inadequate, or not in the public interest.

7. At the conclusion of the public comment period, the United States will either: (1) notify the Court of its withdrawal of the proposed Consent Decree, or (2) respond to any comments received and move this Court to enter the proposed Consent Decree.

8. This commenting procedure is also identified and articulated in the proposed Consent Decree itself. *See* Consent Decree, Paragraph No. 86.

Wherefore, the United States respectfully gives notice of the lodging of the proposed Consent Decree.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
U.S. Department of Justice

/s Jeffrey A. Spector
JEFFREY A. SPECTOR
Senior Attorney
Environmental Enforcement Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3267
jeffrey.spector@usdoj.gov

HÉCTOR RAMÍREZ-CARBÓ
Acting United States Attorney
District of Puerto Rico

RAFAEL J. LÓPEZ-RIVERA
Assistant U.S. Attorney
District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918
(787) 766-5656

OF COUNSEL:

Sara Amri, Esq.
Erick Ihlenburg, Esq.
U.S. Environmental Protection Agency, Region 2
Office of Regional Counsel
290 Broadway
New York, NY 10007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *United States of America's Notice of Lodging of Proposed Consent Decree* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail or email. Parties may access this filing through the Court's system.

9/21/26
Date

s/ Jeffrey A. Spector
Jeffrey A. Spector